UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>ERIN M. LAFFERTY, KING COUNTY, WELLS FARGO BANK, JP MORGAN CHASE BANK, SEATTLE SAVINGS BANK,<br><br>                Defendants. | CASE NO. 2:21-cv-01522-RAJ-BAT<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |

Pursuant to Fed. R. Civ. P. 15(a), Plaintiff, The United States of America, moves for leave to file a First Amended Complaint to substitute Fannie Mae for Seattle Savings Bank, as Fannie Mae may claim an interest in the Subject Property pursuant to 26 U.S.C. § 7403(b), rather than Seattle Savings Bank.

Accordingly, amendment of the Complaint is warranted and the motion (Dkt. 6) is **GRANTED**. It is **ORDERED** that the United States shall file the Amended Complaint attached as Exhibit 1 to its Motion within fourteen days of this order.

Dated this 15th day of December, 2021.

                                                                                                      BRIAN A. TSUCHIDA
                                                                                 United States Magistrate Judge