UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>   v.<br><br>ERIN M. LAFFERTY, KING COUNTY, WELLS FARGO BANK, JP MORGAN CHASE BANK, SEATTLE SAVINGS BANK,<br><br>              Defendants. | CASE NO. 2:21-cv-01522-RAJ-BAT<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |

      Pursuant to Fed. R. Civ. P. 15(a)(2), Plaintiff United States of America ("United States"), moves for leave to file a Second Amended Complaint to include a foreclosure claim against the Subject Property. Dkt. 21. No opposition to the motion has been filed.

      Rule 15(a) permits a party to seek leave of the court to amend its pleading. Rule 15(a)(2) specifies that "the court should freely give leave when justice so requires." Rule 15 and the "freely give" standard express a "policy of favoring amendments," which should be applied liberally. *Ascon Properties, Inc. v. Mobil Oil Company*, 866 F.2d 1149, 1160 (9th Cir. 1989), citing *DCD Programs, Ltd. v. Leighton*, 833 F.2d 183,186 (9th Cir. 1987). Leave to amend should be granted except when "the amendment would cause the opposing party undue prejudice, is sought in bad faith, constitutes an exercise in futility, or creates undue delay." *Ascon Properties*, 866 F.2d at 1160, citing *Foman v. Davis*, 371 U.S. 178, 182 (1962). Absent such a

ORDER GRANTING PLAINTIFF'S MOTION
FOR LEAVE TO FILE SECOND AMENDED
COMPLAINT - 1

reason, denying leave to amend may be an abuse of discretion. *Ascon Properties*, 866 F.2d at 1160.

The Court finds that the proposed amendment is timely as it has been filed at the onset of the case and that there is no evidence of bad faith or delay seeking motive. Additionally, any discovery on the newly added foreclosure count will overlap with discovery on the existing declaratory relief claim. The proposed amendment is judicially efficient as it will allow the Court to resolve all competing claims to the Subject Property, effectuate a sale of the Subject Property, and apply the appropriate amount of proceeds towards the unpaid tax liabilities that are the subject of this suit.

Accordingly, it is **ORDERED** that United States' Motion for Leave to File a Second Amended Complaint (Dkt. 21) is **GRANTED**; the United States shall file the Second Amended Complaint attached as Exhibit 1 to its Motion within fourteen days of this Order.

Dated this 1st day of February, 2022.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING PLAINTIFF'S MOTION
FOR LEAVE TO FILE SECOND AMENDED
COMPLAINT - 2