The Honorable Brian A. Tsuchida

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ERIN M. LAFFERTY, KING COUNTY, WELLS FARGO BANK, JP MORGAN CHASE BANK, and FANNIE MAE,<br><br>  Defendants. | Case No. No. 2:21-cv-01522-RAJ-BAT<br><br>STIPULATION EXTENDING DEADLINE FOR WELLS FARGO BANK, N.A. TO RESPOND TO COMPLAINT<br><br>NOTE ON MOTION CALENDAR:<br><br>**February 10, 2022** |

Plaintiff the United States of America and Defendant Wells Fargo Bank, N.A. hereby agree and stipulate that Wells Fargo may have until March 17, 2022, to answer or otherwise respond to Plaintiff's complaint. The United States and Wells Fargo do not ask that any other deadlines, if extant, be altered.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD,

DATED this 10th day of February, 2022.

| | |
|---|---|
| K&L GATES LLP<br><br>By  s/ Peter A. Talevich<br>   Peter A. Talevich, WSBA # 42644<br>   Raina V. Wagner, WSBA # 45701 | DAVID A. HUBBERT<br>Deputy Assistant Attorney General<br><br>  s/ Cassondra L. Koven<br>Cassondra L. Koven<br>Trial Attorney, Tax Division |

STIPULATION EXTENDING DEADLINE FOR
WELLS FARGO BANK, N.A. TO RESPOND
TO COMPLAINT - 1
Case No. 2:21-cv-01522-RAJ-BAT
311729837.3

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA  98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

| | |
|---|---|
| K&L Gates, LLP<br>925 Fourth Avenue, Suite 2900<br>Seattle, WA  98104<br>(206) 623-7580<br>peter.talevich@klgates.com<br>raina.wagner@klgates.com<br>Attorneys for Defendant Wells Fargo Bank, N.A. | U.S. Department of Justice<br>P.O. Box 683<br>Washington, D.C. 20044<br>202-514-6632 (v) / 202-307-0054 (f)<br>Cassondra.L.Koven@usdoj.gov<br>Attorney for the United States of America |

IT IS SO ORDERED.

Dated this 10th day of February, 2022.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

STIPULATION EXTENDING DEADLINE FOR WELLS FARGO BANK, N.A. TO RESPOND TO COMPLAINT - 2
Case No. 2:21-cv-01522-RAJ-BAT
311729837.3

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA  98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

## CERTIFICATE OF ECF FILING AND SERVICE

I certify that on February 10, 2022, I arranged for electronic filing of the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following parties of record:

> Fred B Burnside
> fredburnside@dwt.com, JaimeWolcott@dwt.com, christiancervantes@dwt.com, lisabass@dwt.com, seadocket@dwt.com
>
> Jennifer H Atchison
> jennifer.atchison@kingcounty.gov, lyellowrobe@kingcounty.gov
>
> Frederick A Haist
> frederickhaist@dwt.com, christinekruger@dwt.com, seadocket@dwt.com
>
> Cassondra Koven
> cassondra.l.koven@usdoj.gov, western.Taxcivil@USDOJ.gov

And I hereby certify that I arranged for mailing by United States Postal Service the document to the following non CM/ECF participants:

> Erin M Lafferty
> c/o 12345 Lake City Way N.E. #294
> Seattle, WA 98125

DATED this 10th day of February, 2022.

By  s/ Peter A. Talevich
    Peter A. Talevich, WSBA # 42644
K&L Gates LLP
925 Fourth Avenue, Suite 2900
Seattle, WA  98104
Phone:  (206) 623-7580
Fax:  (206) 623-7022
E-mail:  peter.talevich@klgates.com

STIPULATION EXTENDING DEADLINE FOR WELLS FARGO BANK, N.A. TO RESPOND TO COMPLAINT - 3
Case No. 2:21-cv-01522-RAJ-BAT
311729837.3

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA  98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022