UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>ERIN M. LAFFERTY, KING COUNTY, WELLS FARGO BANK, JP MORGAN CHASE BANK, FANNIE MAE,<br><br>                Defendants. | CASE NO. 2:21-cv-01522-RAJ-BAT<br><br>**SECOND ORDER EXTENDING INITIAL CASE DEADLINES** |

       Plaintiff United States of America requests a 30-day extension to complete the deadlines contained in the Court's Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (*see* Dkt. 38), to allow the lienholder parties to work on a stipulation of priority of their relative interests. Dkt. 46. Defendants Wells Fargo, Fannie Mae, JP Morgan Chase Bank, and King County do not oppose the extension. Defendant Erin M. Lafferty objects to the proposed extension. *Id.*

       Accordingly, the Court finds good cause exists for the requested extension and **ORDERS** that the deadlines set forth in the Court's Order (Dkt. 38) are extended as follows:

| | |
|---|---|
| Fed. R. Civ. P. 26(f) Conference: | **7/08/2022** |
| Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1): | **7/22/2022** |
| Combined Joint Status Report and Discovery Plan as Required by Fed. R. Civ. P. 26(f) and Local Civil Rule 26(f): | **8/08/2022** |

SECOND ORDER EXTENDING INITIAL
CASE DEADLINES - 1

The parties shall refer to Dkt. 30 for the substance of their Joint Status Report and Discovery Plan and other responsibilities.

DATED this 6th day of June, 2022.

BRIAN A. TSUCHIDA
United States Magistrate Judge