UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>ERIN M. LAFFERTY, KING COUNTY, WELLS FARGO BANK, JP MORGAN CHASE BANK, SEATTLE SAVINGS BANK,<br><br>                Defendants. | CASE NO. 2:21-cv-01522-RAJ-BAT<br><br>**ORDER DENYING DEFENDANT LAFFERTY'S MOTION TO REINSTATE AND ADJUDICATE COMPLAINT** |

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

    (1)    The Court **ADOPTS** the Report and Recommendation.

    (2)    Defendant Erin M. Lafferty's Motion to Reinstate and Adjudicate Complaint

(Dkt. 14) is **DENIED**.

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

DATED this 10th day of June, 2022.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER DENYING DEFENDANT
LAFFERTY'S MOTION TO REINSTATE
AND ADJUDICATE COMPLAINT - 2