UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ERIN M. LAFFERTY, KING COUNTY, WELLS FARGO BANK, JP MORGAN CHASE BANK, FANNIE MAE,<br><br>    Defendants. | CASE NO. 2:21-cv-01522-RAJ-BAT<br><br>**PRETRIAL SCHEDULING ORDER** |

This case has been assigned to the undersigned United States Magistrate Judge for all pretrial proceedings. The Court has reviewed the parties' Joint Status Report (Dkt. 60) and **ORDERS** the following pretrial schedule:

| Event | Date |
|---|---|
| All motions related to discovery must be noted for consideration no later than | **08/19/2022** |
| Deadline for joinder of parties | **08/30/2022** |
| Discovery to be completed by | **09/16/2022** |
| All dispositive motions must be filed pursuant to CR 7(d) | **10/14/2022** |
| All *Daubert* motions, if any, must be filed by | **10/14/2022** |

This order sets firm dates that can be changed only by order of the Court, not by agreement of counsel for the parties. The Court will alter these dates only upon good cause

PRETRIAL SCHEDULING ORDER - 1

shown.  Failure to complete discovery within the time allowed is not recognized as good cause.  If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day.

### TRIAL DATE

A trial date will be set by the assigned District Judge, the Honorable Richard A. Jones, if the case has not been resolved by settlement.

### DISCOVERY AND COOPERATION

All discovery shall comply with and be bound to the limits imposed by the Federal Rules of Civil Procedure. *See* Fed. R. Civ. P. 26(b), 30(a)(2)(A)–(B), 30(d), and 33(a).

Pursuant to Federal Rule of Civil Procedure 5(b)(2)(E) and due to the challenges presented by the current COVID-19 pandemic, the parties agree to service of all documents by email except for court filings where a party is registered to receive service through the ECF system. Service of court filings where a party is registered with the ECF system shall be made through the ECF system only.

As required by CR 37(a), all discovery matters are to be resolved by agreement if possible.

### FINDINGS OF FACT AND CONCLUSIONS OF LAW

Where appropriate, the parties are encouraged to work together in the creation of proposed findings of fact and conclusions of law.  On or before the deadline for filing proposed findings and conclusions the parties shall email their proposed findings and conclusions in Word format to tsuchidaorders@wawd.uscourts.gov.

//

//

PRETRIAL SCHEDULING ORDER - 2

**PRIVACY POLICY**

Under LCR 5.2(a), parties must redact the following information from documents and exhibits before they are filed with the Court:

* Dates of Birth – redact to the year of birth, unless deceased.
* Names of Minor Children – redact to the initials, unless deceased or currently over the age of 18.
* Social Security or Taxpayer ID Numbers – redact in their entirety
* Financial Accounting Information – redact to the last four digits.
* Passport Numbers and Driver License Numbers – redact in their entirety.
*

**SETTLEMENT**

If the case settles, plaintiff's counsel shall notify Andy Quach at (206) 370-8421 or via e-mail at: andy_quach@wawd.uscourts.gov, as soon as possible.  Pursuant to CR11(b), an attorney who fails to give the Deputy Clerk prompt notice of settlement may be subject to such discipline as the Court deems appropriate.  The Clerk is directed to send copies of this Order to all parties of record.

DATED this 18th day of July, 2022.

BRIAN A. TSUCHIDA
United States Magistrate Judge

PRETRIAL SCHEDULING ORDER - 3